Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.:  19−10059−ABA
          Chapter:  13
          Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Diane A McCaslin
   2507 Weymouth Road
   Newfield, NJ 08344

Social Security No.:
   xxx−xx−4048

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                 November 5, 2019
Time:                10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*32* − Certification in Opposition to (related document:31 Creditor's Certification of Default (related document:24 Motion for Relief from Stay re: re: 2507 W Weymouth Road, Newfield, NJ, 08344. Fee Amount $ 181. filed by Creditor DITECH FINANCIAL LLC, Motion for Relief from Co−Debtor Stay of Mark Mccaslin, 27 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Kevin Gordon McDonald on behalf of DITECH FINANCIAL LLC. Objection deadline is 10/10/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor DITECH FINANCIAL LLC) filed by Seymour Wasserstrum on behalf of Diane A McCaslin. (Wasserstrum, Seymour)

and transact such other business as may properly come before the meeting.

Dated: October 11, 2019
JAN: bed

                                                                                                     Jeanne Naughton
                                                                                                     Clerk