Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.: 19−10059−ABA
          Chapter: 13
          Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Diane A McCaslin
  2507 Weymouth Road
  Newfield, NJ 08344

Social Security No.:
  xxx−xx−4048

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:           November 5, 2019
Time:          10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*32* − Certification in Opposition to (related document:31 Creditor's Certification of Default (related document:24 Motion for Relief from Stay re: re: 2507 W Weymouth Road, Newfield, NJ, 08344. Fee Amount $ 181. filed by Creditor DITECH FINANCIAL LLC, Motion for Relief from Co−Debtor Stay of Mark Mccaslin, 27 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Kevin Gordon McDonald on behalf of DITECH FINANCIAL LLC. Objection deadline is 10/10/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor DITECH FINANCIAL LLC) filed by Seymour Wasserstrum on behalf of Diane A McCaslin. (Wasserstrum, Seymour)

and transact such other business as may properly come before the meeting.

Dated: October 11, 2019
JAN: bed

                                                                   Jeanne Naughton
                                                                   Clerk

```
United States Bankruptcy Court
District of New Jersey
```

In re:                                                          Case No. 19-10059-ABA
Diane A McCaslin                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin               Page 1 of 1              Date Rcvd: Oct 11, 2019
                              Form ID: 173              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2019.
db             +Diane A McCaslin,    2507 Weymouth Road,    Newfield, NJ 08344-9045

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    DITECH FINANCIAL LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Seymour  Wasserstrum    on behalf of Debtor Diane A McCaslin mylawyer7@aol.com,   ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6