Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−10059−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Diane A McCaslin
   2507 Weymouth Road
   Newfield, NJ 08344

Social Security No.:
   xxx−xx−4048

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/6/20.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 6, 2020
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Diane A McCaslin  
    Debtor

Case No. 19-10059-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Feb 06, 2020  
                         Form ID: 148     Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2020.

```
db             +Diane A McCaslin,    2507 Weymouth Road,     Newfield, NJ 08344-9045
517949706       Akron Billing Center,    3585 Ridge Park Dr.,    c/o So Jersey HS Emg Phys,
                 Akron, OH 44333-8203
517949708       Atlantic Radiologists Professional,    Po Box 1262,    Indianapolis, IN 46206-1262
517949713      +Cumberlaand County Special Civil,    60 Broad Street,    Bridgeton, NJ 08302-2515
517949714      +Cumberland County Special Civil,    60 W. Broad Street,    Bridgeton, NJ 08302-2515
517960205      +Ditech Financial LLC.,    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
517949717      +Gloucester County EMS,    PO Box 1016,    Voorhees, NJ 08043-7016
517949718      +Highland Carpet Outlet, Inc.,    1736 Dutch Mill Road,    Franklinville, NJ 08322-2114
517949722      +Law Offices Of Faloni & Associates,    165 Passaic Ave Ste 301B,    Fairfield, NJ 07004-3592
517949724      +Lyons Doughty & Veld Huis,    136 Gaither Drive, Suite 100,    Mount Laurel, NJ 08054-2239
517949728     ++NATIONWIDE RECOVERY SERVICE,    PO BOX 8005,    CLEVELAND TN 37320-8005
                (address filed with court:  Nationwide recovery serv,    545 W Inman St,    c/o NovaCare,
                 Cleveland, TN 37311)
517949729       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
517949731       PMAB, LLC,    PO Box 12150,    Charlotte, NC 28220-2150
517949730       Penn Medicine,    P.O. Box 824406,    Philadelphia, PA 19182-4406
517949732      +Pressler, Felt & Warshaw, LLP,    7 Entin Rd.,    Parsippany, NJ 07054-5020
517949733     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  State Of New Jersey,    P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
517949736       Vineland Tax Office,    PO Box 1508,    Vineland, NJ 08362-1508
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 07 2020 01:10:31      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 07 2020 01:10:26      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517949707      +EDI: URSI.COM Feb 07 2020 05:18:00      Alltran Financial, LP,    PO Box 722929,
                 Houston, TX 77272-2929
517949709      +E-mail/Text: nicole.watts@atlanticare.org Feb 07 2020 01:08:39
                 Atlanticare Regional Medical Center,    65 Jimmie Leeds Rd,    Pomona, NJ 08240-9102
517949710      +EDI: CITICORP.COM Feb 07 2020 05:18:00      Citi,    Po Box 790040,    St.Louis, MO 63179-0040
517949711      +EDI: WFNNB.COM Feb 07 2020 05:18:00      ComenityCapitalBank/Bosc,    PO Box182120,
                 Columbus, OH 43218-2120
517949712       E-mail/PDF: creditonebknotifications@resurgent.com Feb 07 2020 01:13:33      Credit One Bank,
                 P.O. Box 98872,    Las Vegas, NV 89193-8872
517949715       E-mail/Text: bankruptcy.bnc@ditech.com Feb 07 2020 01:09:57      Ditech Financial LLC,
                 PO Box 6172,    Rapid City, SD 57709-6172
517949716      +E-mail/Text: Banko@frontlineas.com Feb 07 2020 01:11:37      Frontline Asset Strategies,
                 2700 Snelling Ave. North Suite 250,    Saint Paul, MN 55113-1783
517949721       EDI: IRS.COM Feb 07 2020 05:19:00      Internal Revenue Service,    P.O. Box 744,
                 Special Procedure Branch,    Springfield, NJ 07081
517949723      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 07 2020 01:12:39      LVNV Funding,
                 c/o Resurgent Capital Services,    PO Box 1269,    c/o credit one bank,
                 Greenville, SC 29602-1269
517963286       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 07 2020 01:13:47      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518017826      +EDI: MID8.COM Feb 07 2020 05:18:00      MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
517949725      +EDI: MID8.COM Feb 07 2020 05:18:00      Midland Credit Management,
                 2365 NOrthside Dr, Suite 300,    San Diego, CA 92108-2709
517949726      +EDI: MID8.COM Feb 07 2020 05:18:00      Midland Funding,    2365 Northside Drive,    Suite 300,
                 c/o CitiBank,    San Diego, CA 92108-2709
517949727      +EDI: MID8.COM Feb 07 2020 05:18:00      Midland Funding,    2365 Northside Drive,    Suite 300,
                 San Diego, CA 92108-2709
518068954       EDI: PRA.COM Feb 07 2020 05:18:00      Portfolio Recovery Associates, LLC,    c/o Wal-mart,
                 POB 41067,    Norfolk VA 23541
517949734       EDI: RMSC.COM Feb 07 2020 05:19:00      Syncb/Wal-Mart,    Po Box 956024,
                 Orlando, FL 32896-5024
517950888      +EDI: RMSC.COM Feb 07 2020 05:19:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517949735      +EDI: WTRRNBANK.COM Feb 07 2020 05:18:00      TD Bank USA/Target Credit,    PO Box 1470,
                 Minneapolis, MN 55440-1470
                                                                                              TOTAL: 20
```

```
District/off: 0312-1           User: admin              Page 2 of 2                   Date Rcvd: Feb 06, 2020
                               Form ID: 148             Total Noticed: 37

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518077532         Ditech Financial LLC. Po Box 6154 Rapid City SD,,    57709-6154
517949720*        Internal Revenue Service,    Po Box 725 Special Procedures Fuction,    Springfield, NJ 07081
517949719*       +Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                        TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    DITECH FINANCIAL LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Seymour   Wasserstrum    on behalf of Debtor Diane A McCaslin mylawyer7@aol.com,   ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```